B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Glenwood Properties Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Glenwood Resort; DBA Glenwood Farms; DBA Glenwood; DBA Glenwood RV Resort; DBA resort Membership** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3925905** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

Street Address of Debtor (No. and Street, City, and State):
**24675 W. Gilmer Road**
**Suite 300**
**Hawthorn Woods, IL**                              ZIP Code **60047**

Street Address of Joint Debtor (No. and Street, City, and State):                ZIP Code

County of Residence or of the Principal Place of Business:
**Lake**

County of Residence or of the Principal Place of Business:

Mailing Address of Debtor (if different from street address):                ZIP Code

Mailing Address of Joint Debtor (if different from street address):                ZIP Code

Location of Principal Assets of Business Debtor
(if different from street address above):      **551 Wilson Street (formerly 551 LaSalle Street)**
**Marseilles, IL 61341**

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br>☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

**Statistical/Administrative Information**                    THIS SPACE IS FOR COURT USE ONLY
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Glenwood Properties Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **NDIL** | Case Number:<br>**11-26183** | Date Filed:<br>**6/23/11** |
| Location<br>Where Filed:  **See Attachment** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Glenwood Properties Inc.**

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X** **/s/ Richard N. Golding**
Signature of Attorney for Debtor(s)

**Richard N. Golding 0992100**
Printed Name of Attorney for Debtor(s)

**The Golding Law Offices, P.C.**
Firm Name

**500 North Dearborn Street**
**Second Floor**
**Chicago, IL 60610-4900**

Address

**Email: RGOLDING@GOLDINGLAW.NET**
**(312) 832-7885  Fax: (312) 755-5720**
Telephone Number

**February  7, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ David E. Goldman**
Signature of Authorized Individual

**David E. Goldman**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**February  7, 2013**
Date

In re   **Glenwood Properties Inc.**                                              ,   Case No. _____
                                    Debtor

# FORM 1. VOLUNTARY PETITION
## <u>Prior Bankruptcy Cases Filed Attachment</u>

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| **NDIL, ED** | **10-38247** | **08/26/10** |
| **Northern District of Illinois, Eastern Division** | **08-34720** | **12/18/08** |
| **Northern District of Illinois** | **01-17579** | **05/15/01** |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Glenwood Properties Inc.**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Ameren Illinois Credit and Collections 2705 E State Route 54 Pawnee, IL 62558** | **Ameren Illinois Credit and Collections 2705 E State Route 54 Pawnee, IL 62558** | **utility** | | **Unknown** |
| **Armstrong & Surin 714 Columbus Street Ottawa, IL 61350-5083** | **Armstrong & Surin 714 Columbus Street Ottawa, IL 61350-5083** | | **Unliquidated** | **Unknown** |
| **Data Solutions Unlimited, Inc. 2100 Saunders Road, Ste 200 Northbrook, IL 60062-6141** | **Data Solutions Unlimited, Inc. 2100 Saunders Road, Ste 200 Northbrook, IL 60062-6141** | **Professional Fees** | | **1,880.75** |
| **David Goldman 24675 N Gilmer Road Hawthorn Woods, IL 60047** | **David Goldman 24675 N Gilmer Road Hawthorn Woods, IL 60047** | **business debt** | | **33,380.16** |
| **Dean Johnson P.O. BOX 240 Sandwich, IL 60548** | **Dean Johnson P.O. BOX 240 Sandwich, IL 60548** | **tax purchaser** | | **Unknown** |
| **Director of Employment Security 33 S. State Street Chicago, IL 60603** | **Director of Employment Security 33 S. State Street Chicago, IL 60603** | | **Unliquidated Disputed** | **Unknown** |
| **Donald J Lamps LaSalle County Treaurer 707 E Etna Road Ottawa, IL 61350** | **Donald J Lamps LaSalle County Treaurer 707 E Etna Road Ottawa, IL 61350** | **real estate taxes** | **Disputed** | **Unknown** |
| **Duane A. Berkland c/o Miskell Law Center 218 W. Madison Street Ottawa, IL 61350** | **Duane A. Berkland c/o Miskell Law Center 218 W. Madison Street Ottawa, IL 61350** | **Professional Fees** | | **4,396.25** |
| **Glenwood Resort Owners Association P.O. Box 293 Marseilles, IL 61341** | **Glenwood Resort Owners Association P.O. Box 293 Marseilles, IL 61341** | | **Contingent Unliquidated Disputed Subject to Setoff** | **6,915.50** |

B4 (Official Form 4) (12/07) - Cont.

In re   __Glenwood Properties Inc.__                                    Case No. _____

　　　　　　　　　　　　　Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Goldman & Associates**<br>**24675 N Gilmer Road, Suite 300**<br>**Hawthorn Woods, IL 60047** | **Goldman & Associates**<br>**24675 N Gilmer Road, Suite 300**<br>**Hawthorn Woods, IL 60047** | **Trade debt** | | **47,122.38** |
| **Goldman Management Co.**<br>**24675 N Gilmer Road**<br>**suite 300**<br>**Hawthorn Woods, IL 60047** | **Goldman Management Co.**<br>**24675 N Gilmer Road**<br>**suite 300**<br>**Hawthorn Woods, IL 60047** | **business debt** | | **283,819.66** |
| **Harold Gold**<br>**10265 Ulmerton Rd #232**<br>**Largo, FL 33771** | **Harold Gold**<br>**10265 Ulmerton Rd #232**<br>**Largo, FL 33771** | | | **425.00** |
| **Joe Milburn**<br>**7366 N. Licoln Ave. #206**<br>**Lincolnwood, IL 60712-1739** | **Joe Milburn**<br>**7366 N. Licoln Ave. #206**<br>**Lincolnwood, IL 60712-1739** | **Professional Fees** | | **63,097.31** |
| **Judy Goldman**<br>**3132 spring Lake Drive**<br>**Rockford, IL 61114** | **Judy Goldman**<br>**3132 spring Lake Drive**<br>**Rockford, IL 61114** | **unsecured note** | | **101,431.00** |
| **Leroy's Lawn Equipment**<br>**Att Rick Deering**<br>**711 W Tek Dr**<br>**Crystal Lake, IL 60014** | **Leroy's Lawn Equipment**<br>**Att Rick Deering**<br>**711 W Tek Dr**<br>**Crystal Lake, IL 60014** | | | **285.00** |
| **Lowe & Steinmetz, Ltd**<br>**407 Galena Blvd**<br>**P.O. Box 1625**<br>**Aurora, IL 60507** | **Lowe & Steinmetz, Ltd**<br>**407 Galena Blvd**<br>**P.O. Box 1625**<br>**Aurora, IL 60507** | **Professional Fees** | | **66,257.50** |
| **Marshall N Dickler Ltd.**<br>**85 W Algonquin Road**<br>**Arlington Heights, IL 60005** | **Marshall N Dickler Ltd.**<br>**85 W Algonquin Road**<br>**Arlington Heights, IL 60005** | **Professional Fees** | **Disputed** | **4,229.20** |
| **Mobile Print, Inc.**<br>**Att Russ Peters**<br>**201 West Central Road**<br>**Mount Prospect, IL 60056** | **Mobile Print, Inc.**<br>**Att Russ Peters**<br>**201 West Central Road**<br>**Mount Prospect, IL 60056** | | | **225.00** |
| **Norman Kwilosz**<br>**1013 Magnolia Street**<br>**Marseilles, IL 61341** | **Norman Kwilosz**<br>**1013 Magnolia Street**<br>**Marseilles, IL 61341** | | | **195.00** |
| **Schaffer Vietinghoff &**<br>**Wallach PC**<br>**2100 Saunders Road, Ste 200**<br>**Northbrook, IL 60062-6141** | **Schaffer Vietinghoff & Wallach PC**<br>**2100 Saunders Road, Ste 200**<br>**Northbrook, IL 60062-6141** | **unsecured note** | | **37,277.82** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Glenwood Properties Inc.**                                    Case No. _____
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **February 7, 2013**                    Signature    **/s/ David E. Goldman**
                                                           _____
                                                           **David E. Goldman**
                                                           **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Glenwood Properties Inc.**                         ,      Case No. _____

                                      Debtor        Chapter_____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 8 | 4,461,000.00 | | |
| B - Personal Property | Yes | 4 | 61,276.73 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,094,044.58 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 650,937.53 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 23 | | | |
| Total Assets | | | 4,522,276.73 | | |
| Total Liabilities | | | | 1,744,982.11 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Glenwood Properties Inc.**                         ,       Case No. _____

Debtor

Chapter _____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **Glenwood Properties Inc.**
                                                                    ,   Case No. _____
                                            Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Southfork Lot 54** | **fee simple** | - | **18,000.00** | **14,841.43** |
| **Campground. See Exhibit A attached** | **Fee simple** | - | **4,258,000.00** | **1,079,203.15** |
| **"Hi-Tech" house and land. Future interest per settlement agreement. See Exhibit B attached.** | **Future interest** | - | **185,000.00** | **70,000.00** |
| **GPI is obligated to pay off $70,000.00 lien to unknown creditor of GROA as a part of the transfer of this property.** | | | | |

|  |  |  |
|---|---|---|
| Sub-Total > | **4,461,000.00** | (Total of this page) |
| Total > | **4,461,000.00** | |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

# EXHIBIT A

## LEGAL DISCRIPTION OF ALL GLENWOOD PROPERTIES INC. LAND

PARCEL 1:

Part of the Northwest Quarter of Section 17, Township 33 North, Range 5 East of the Third Principal Meridian, lying West of the Centerline of Corn Street (Cemetery Road) and part of the East Half of Section 18, Township 33 North, Range 5, East of the Third Principal Meridian, all described as follows:

Beginning at the Northwest Corner of said Section 17; thence South 89 degrees 35 minutes 30 seconds East 2652.77 feet along the North line of the Northwest Quarter of said Section 17 to the Northeast Corner of the Northwest Quarter of said Section 17; thence South 1 degree 01 minutes 10 seconds East 175.21 feet along the East line of the Northwest Quarter of said Section 17 to a point in the Centerline of Corn Street; Thence South 35 degrees 25 minutes 30 seconds West 170.63 feet along the Centerline of Corn Street to a point; Thence South 42 degrees 57 minutes 30 seconds West 847.82 feet along the Centerline of Corn Street to a point; Thence South 38 degrees 28 minutes 20 seconds West 241.42 feet along the Centerline of Corn Street to a point; Thence South 34 degrees 11 minutes 40 seconds West 80.89 feet along the Centerline of Corn Street to a point; Thence North 71 degrees 47 minutes 20 seconds West 281.20 feet to a point; Thence South 26 degrees 27 minutes 30 seconds West 240.0 feet to a point; Thence North 89 degrees 29 minutes 20 seconds West 320.45 feet to a point; Thence South 27 degrees 34 minutes 40 seconds West 538.31 feet to a point; Thence South 30 degrees 19 minutes 50 seconds West 208.88 feet to a point; Thence South 89 degrees 16 minutes 10 seconds East 596.24 feet to a point in the Centerline of Corn Street; Thence South 35 degrees 43 minutes 00 seconds West 304.1 feet along the Centerline of Corn Street to a point; Thence North 66 degrees 10 minutes 40 seconds West 296.54 feet to a point; Thence South 07 degrees 39 minutes 40 seconds East 254.57 feet to a point; Thence South 68 degrees 05 minutes 50 seconds East 130.03 feet to a point in the Centerline of Corn Street; Thence South 26 degrees 41 minutes 45 seconds West 256.36 feet along the Centerline of Corn Street to a point on the South line of the Northwest Quarter of said Section 17; Thence North 88 degrees 46 minutes 45 seconds West 27.9 feet along the South line of the Northwest Quarter of said Section 17 to a point on the West right-of-way line of Corn Street; Thence North 26 degrees 44 minutes 15 seconds East 89.0 feet along the West right-of-way line of Corn Street to a point; Thence North 70 degrees 12 minutes 30 seconds West 113.0 feet to a point; Thence North 88 degrees 16 minutes 30 seconds West 776.76 feet to a point on the West line of the Northwest Quarter of said Section 17; Thence South 01 degree 09 minutes 05 seconds East 130.0 feet along the West line of the Northwest Quarter of said Section 17 to the Southwest Corner of the Northwest Quarter of said Section 17; Thence South 01 degree 07 minutes 10 seconds East 811.63 feet along the East line of the Southeast Quarter of Section 18 to the Southeast Corner of the North Half of Lot 1 in the Assessor's Subdivision of the East Half of the Southeast Quarter of said Section 18; Thence North 32 degrees 56 minutes 30 seconds West 225.64 feet to a point; Thence South 35 degrees 57 minutes 40 seconds West 233.22 feet to the Southwest Corner of the North Half of Lot 1 in said Assessor's Subdivision; Thence North 01 degree 23 minutes 10 seconds West 197.30 feet along the West line of said Lot 1 to the Southeast Corner of Lot 2 in said Assessor's Subdivision; Thence South 57 degrees 06 minutes 50 seconds West 34.0 feet along the South line of said Lot 2 to a point in the Centerline of Gum Creek; Thence along the Centerline of Gum Creek to a point on the North right-of-way line of Corn Street; Thence North 75 degrees 36 minutes 25 seconds West 108.0 feet along the North right-of-way line of Corn Street to a point on the West line of the East Half of the Southeast Quarter of said Section 18; Thence North 01 degree 04

minutes 25 seconds West 448.84 feet along the West line of the East Half of the Southeast Quarter of said Section 18 to a point; Thence North 84 degrees 19 minutes 25 seconds East 149.18 feet to a point; Thence North 08 degrees 42 minutes 35 seconds West 250.00 feet to a point; Thence North 84 degrees 19 minutes 25 seconds East 237.40 feet to a point; Thence North 05 degrees 40 minutes 35 seconds West 208.65 feet to a point; Thence North 88 degrees 07 minutes 35 seconds West 225.0 feet to a point; Thence North 86 degrees 52 minutes 35 seconds West 108.19 feet to a point; Thence South 02 degrees 54 minutes 00 seconds West 190.14 feet to a point on the North right-of-way line of Second Street; Thence North 75 degrees 50 minutes 00 seconds West 518.54 feet along the North right-of-way line of Second Street to a point; Thence North 35 degrees 26 minutes 10 seconds West 344.14 feet to a point on the East right-of-way line of Chicago Street; Thence North 17 degrees 12 minutes 50 seconds East 43.21 feet along the East right-of-way line of Chicago Street to a Point; Thence South 30 degrees 46 minutes 00 seconds East 113.58 feet to a point; Thence North 86 degrees 12 minutes 20 seconds East 155.0 feet to a point; Thence North 06 degrees 42 minutes 50 seconds West 226.0 feet to a point; Thence North 1 degree 33 minutes 20 seconds West 165.00 feet to a point; Thence South 88 degrees 26 minutes 40 seconds West 190.0 feet to a point on the East right-of-way line of Chicago Street; Thence North 01 degree 33 minutes 20 seconds West 621.76 feet along the East right-of-way line of Chicago Street to a point; Thence North 88 degrees 26 minutes 40 seconds East 125.0 feet to a point; Thence North 01 degree 33 minutes 20 seconds West 200.0 feet to a point; Thence South 88 degrees 26 minutes 40 seconds West 125.00 feet to a point on the East right-of-way line of Chicago Street; Thence North 01 degree 33 minutes 20 seconds West 1414.41 feet along the East right-of-way line of Chicago Street; to a point on the South line of Ninth Street; Thence North 89 degrees 56 minutes 50 seconds East 708.56 feet along the South line of Ninth Street to a point on the West line of the East Half of the Northeast Quarter of said Section 18; Thence North 01 degree 07 minutes 10 seconds West 335.59 feet along the West line of the East Half of the Northeast Quarter of said Section 18 to the Northwest Corner of the East Half of the Northeast Quarter of said Section 18; Thence North 89 degrees 56 minutes 50 seconds East 1324.42 feet along the North line of the Northeast Quarter of said Section 18 to the Point of Beginning, containing 242.536 Acres, being situated in Manlius Township, LaSalle County, Illinois, EXCEPTING THEREFROM That portion platted as THE OUTBACK OF GLENWOOD SOUTHFORK PHASE R.V. CAMPING RESORT per plat thereof recorded 24 May, 1988 as Doc. #88-05052: ALSO EXCEPTING that portion platted as THE OUTBACK OF GLENWOOD THORNRIDGE PHASE R.V. CAMPING RESORT per plat thereof recorded 24 May, 1988 as Doc. #88-05053; ALSO EXCEPTING that portion platted as THE OUTBACK OF GLENWOOD NORTHFORK PHASE per plat thereof recorded 25 September, 1990 as Doc. #90-12101; ALSO EXCEPTING that portion platted as THE OUTBACK OF GLENWOOD DEERTRAIL PHASE I & II per plat thereof recorded 1 October, 1990 as Doc. #90-12336; ALSO EXCEPTING THEREFROM that portion platted as THE OUTBACK OF GLENWOOD BRIARWOOD PHASE I & II per plat thereof recorded 1 October, 1990 as Doc. #90-12337; ALSO EXCEPTING that portion that is part of the Southeast Quarter of Section 18, Township 33 North, Range 5 East of the Third Principal Meridian described as follows: Beginning at the intersection of the north line of Corn Street and the west line of the East Half of the Southeast Quarter of said Section 18; thence North 1°04'25" West 448.84 feet along the west line of said  East Half; thence North 84°19'35" East 37.78 feet along the south line of a Tract of Land recorded as Document No. 394521; thence South 23°19'15" East 276.8 feet to a point; thence South 57°17'10" East 75 feet to a point in the centerline of Gum Creek; thence Southwesterly along said centerline of Gum Creek to a point on the north line of Corn Street; thence North 75°36'25" West 108 feet along the north line of Corn Street and Westerly extension thereof to the POINT OF BEGINNING, containing 1.253 acres, ALSO EXCEPTING that portion plated as OAK BLUFF ESTATES that is Part of the East Half Of Section 18, Township 33 North, Range 5 East of the Third

Principal Meridian described as follows:  Commencing at the intersection of the north line of Second Avenue and the west line of the East Half of the Southeast Quarter of said Section 18; thence North 75°52'14'' West 9.96 feet along said north line of Second Avenue to the POINT OF BEGINNING; thence continue North 75°52'14'' West 518.33 feet along said north line; thence North 35°32'21" West 343.94 feet to the east line of Chicago Street; thence North 17°12'34" East 37.06 feet along said east line; thence South 35°32'21" East 55.95 feet; thence continue South 35°32'21" East 13.79 feet to a point on a 75.95 foot radius curve to the left; thence southeasterly 77.28 feet along said curve to the left whose chord bears South 64°41'11" East 73.98 feet to a point on the south line of a parcel conveyed by Administrator's Deed from the estate of Paul V. Hougas to Paul D. Hougas as recorded April 6, 1990 as Document #90-03982 in the LaSalle County Recorder's office; thence North 6°09'58" East 107.56 feet along said south line to the southeast corner of said parcel; thence North 6°53'22" West 225.78 feet along the east line of said parcel to the southeast corner of a parcel conveyed by Quit Claim Deed from Resort Management Inc. to John and Teresa Vangelisti as recorded December 30, 1993 as Document #R93-23419 in the LaSalle County Recorder's Office; thence North 1°33'20" West 103.99 feet along the east line of said parcel and the northerly extension of said east line to the southerly line of The Outback of Glenwood Thornridge Phase as recorded as Document #88-05053 in the LaSalle County Recorder's office;  thence South 27°22'03" East 92.95 feet along said southerly line; thence South 49°48'17" East 24.04 feet along said line; thence South 35°35'22" East 56.26 feet along said line; thence South 41°16'40" East 115.31 feet along said line; thence South 86°27'14" East 166.50 feet along said line; thence North 85°24'57" East 75.12 feet along said line; thence South 57°53'46" East 73.91 feet along said line; thence South 28°49'08" East 63.86 feet along said line; thence South 6°47'45" West 127.52 feet, along said line; thence South 32°34'35" East 43.57 feet to a point on the west line of the East Half of said Southeast Quarter; thence continue South 32°34'35" East 6.40 feet; thence South 2°49'58" West 190.21 feet to the point of beginning, containing 5.24 acres, more or less, ALSO EXCEPTING that portion that is part of the South Half of the Southwest Quarter of the Northwest Quarter of Section 17, Township 33 North, Range 5 East of the Third Principal Meridian described as follows: Commencing at the southeast corner of Lot 02-622 in the Outback of Glenwood Briarwood Phase I & II, according to the plat thereof recorded October 1, 1990 as Document #R90-12337 in the LaSalle County Recorder's Office; thence South 56°02'48″ West 8.61 feet along the east line of Outlot "A" in said Outback of Glenwood Briarwood Phase I & II to the point of beginning; thence continue South 56°02'48″ West 210.30 feet along the east line of said Outlot "A"; thence south 121.86 feet along said east line to the southeast corner of said Outlot "A"; thence South  88°16'30″ East 156.33 feet; thence South 70°12'30″ East 113.00 feet to the west right-of-way line of Corn Street; thence South 26°44'15″ West 89.00 feet along said west right-of-way line to the south line of the Northwest Quarter of said Section 17; thence South 88°46'45″East 27.90 feet along the south line of said Northwest Quarter to the centerline of said Corn Street; thence North 26°41'45″ East 256.36 feet along said centerline; thence North 68°05'50″ West 130.03 feet; thence North 7°39'40″ West 83.99 feet to a line parallel with and 5 feet south of the easterly extension of the south line of Lot 02-622 in said Outback of Glenwood Briarwood  Phase I & II;  thence North 88°28' 11″ West 59.34 parallel with and 5' south of the easterly extension of the south line of said Lot 02-622 to the point of beginning, containing 1.551 acres, more or less, situated in the City of Marseilles, LaSalle County, Illinois.  ALSO EXCEPTING that portion that is part of the east half of the southeast quarter of section 18, township 33 north, range 5, east of the third principal meridian all described as follows; BEGINNING at the northeast corner of lot 2 in Assessor's Subdivision of said section 18, thence southerly along the east line of said lot 2 to the southeast corner of said lot 2, thence southwesterly along the south line of said lot 2 to a point in the centerline of gum creek, thence meandering southwesterly along the centerline of

gum creek to the east corner of a quit claim plat to Marseilles recorded as document number 94-01576 at the LaSalle County Recorders Office, thence north 57 degrees 17 minutes 10 seconds west 124.77 feet along the east line of said plat to a point, thence north 20 degrees 28 minutes 37 seconds west 236.0 feet along the east line of said plat to the northeast corner of said plat, thence  north 84 degrees 19 minutes 25 seconds east 123.07 feet to a point, thence north 8 degrees 42 minutes 35 seconds west 250.0 feet to the south line of document number 86-00287 AS recorded at the LaSalle County recorders office,  thence north 84 degrees 19 minutes 25 seconds east 237.40 feet along the south line of said document number 86-00287 and its extension easterly to its intersection with the east line of said document number 86-00287 extended southerly,  thence north 5 degrees 40 minutes 35 seconds west 205.43 feet along the east line of said document number 86-00287  and its extension southerly to a point on the south line of the OUTBACK OF GLENWOOD, THORNRIDGE PHASE, per the subdivision plat recorded AS document number 88-05053 at the LaSalle County Recorders Office, thence south 87 degrees 29 minutes 04 seconds east 18.53 feet along the south line of said OUTBACK OF GLENWOOD, THORNRIDGE PHASE to a point, thence north 80 degrees 00 minutes 29 seconds east 75.71 feet along the south line of said OUTBACK OF GLENWOOD, THORNRIDGE PHASE to a point, thence north 23 degrees 55 minutes 13 seconds east 121.44 feet along the easterly line of said OUTBACK OF GLENWOOD, THORNRIDGE PHASE to a point, thence north 62 degrees 36 minutes 45 seconds east 94.29 feet along the easterly line of said OUTBACK OF GLENWOOD, THORNRIDGE PHASE to a point, thence north 62 degrees 29 minutes 50 seconds east 73.0 feet along the easterly line of said OUTBACK OF GLENWOOD, THORNRIDGE PHASE to a point, thence north 31 degrees 09 minutes 50 seconds west 201.99 feet along the easterly line of said OUTBACK OF GLENWOOD, THORNRIDGE PHASE to northeast corner of lot 01-001 of SAID OUTBACK OF GLENWOOD, THORNRIDGE PHASE, thence north 45 degrees 06 minutes 46 seconds east 6.14 feet along the southerly right of way line of WALLABY WAY to a point, thence south 86 degrees 59 minutes 35 seconds east 154.56 feet along said southerly right of way line to a point, thence south 82 degrees 40 minutes 25 seconds east 155.44 feet along said southerly right of way line to a point on the southwesterly right of way line of TASMANIAN DRIVE, thence south 36 degrees 30 minutes 35 seconds east 23.54 feet along said southwesterly right of way line to the northwest corner of document number 94-06360 AS recorded at the LaSalle County Recorders Office, thence south 7 degrees 9 minutes 43 seconds west 181.26 feet along the west line of said document number 94-06360 to a point, thence south 36 degrees 30 minutes 35 seconds east 125.75 feet along the west line of said document number 94-06360 to a point on the west line of KOALA LANE, the southwest corner of said document number 94-06360, thence north 47 degrees 20 minutes 30 seconds east 72.89 feet along the west line of KOALA LANE and the south line of said document number 94-06360 to a point, thence north 40 degrees 57 minutes 45 seconds east 72.50 feet along the west line of KOALA LANE and the south line of said document number 94-06360 extended easterly  to a point, thence north 20 degrees 04 minutes 15 seconds east 50.27 feet along said west line to a point on the northeasterly right of way line of TASMANIAN DRIVE, thence north 36 degrees 30 minutes 35 seconds west 206.21 feet along the northeasterly right of way line of said TASMANIAN DRIVE to a point, thence north 21 degrees 29 minutes 45 seconds west 143.99 feet along said northeasterly right of way line to a point on the north line of the southeast quarter of said section 18, thence south 89 degrees 50 minutes 54 seconds east along the north line of the southeast quarter of said section 18 to the point of beginning, containing 13.15 acres, more or less, situated in the City of Marseilles, LaSalle County, Illinois.

PARCEL #2:

Lots 14 and 29, the North Half of Lot 15 and the East Half of Lots 16, 17 and 18 of the Assessor's Subdivision of Section 7, Township 33 North, Range 5, East of the Third Principal Meridian, ALSO Lots 7, 10, and 11 of the Assessor's Subdivision of the West Half of Section 8, Township 33 North, Range 5, East of the Third Principal Meridian; being situated in Manlius Township, LaSalle County, Illinois, containing 131.128 Acres, EXCEPTING THEREFROM that part platted as THE OUTBACK OF GLENWOOD PHASE 1 R.V. CAMPING RESORT per plat thereof recorded in Plat Cabinet B, Pages 35 and 36 as Doc. #87-09759;

PARCEL #3:

Lot 3, being the West Half of the Northeast Quarter of the Northeast Quarter of Section 7 and the East 8 acres of Lot 4, being in the East Half of the Northwest Quarter of the Northeast Quarter of Section 7, containing 28.206 Acres, said Lots 3 and 4 being situated in Assessor's Subdivision of said Section 7, Township 33 North, Range 5, East of the Third Principal Meridian; being situated in Manlius Township, LaSalle County, Illinois.

PARCEL #4:

Lots 1, 2, 15, and 16 in Block 1 in Richey's Addition to Marseilles, situated in the City of Marseilles; LaSalle County, Illinois.

PARCEL 5:

Lots  1027,    1038, 1044 and 1046 in THE OUTBACK OF GLENWOOD PHASE I R.V. CAMPING RESORT per Plat thereof recorded 28 August, 1987 in Plat Cabinet B, Pages 35 and 36 as Doc. #87-09759; being situated in Manlius Township, LaSalle County, Illinois.

PARCEL 6:

Lot 01-043; 01-058 and 01-072 in THE OUTBACK OF GLENWOOD THORNRIDGE PHASE R.V. CAMPING RESORT per plat thereof recorded 24 May, 1988 as Doc.#88-05053, being situated in Manlius Township, LaSalle County, Illinois.

PARCEL 7:

Lots 02-602,  02-609,  02-616,  02-617,  02-618,  02-620,  02-625,  02-631, 02-632,  02-636  02-640,  02-641,  02-642,  02-643,  02-644,  02-645,  02-646, 02-647  and      02-648 in THE OUTBACK OF GLENWOOD BRIARWOOD PHASE I & II per plat thereof recorded 1 October, 1990 as Doc.#90-12337; being situated in Manlius Township, LaSalle County, Illinois.

PARCEL #8:

Lots 03-005, 03-009, 03-023, 03-046, 03-049, 03-053, 03-059, 03-062, 03-063, 03-070, 03-086, 03-089, 03-093, 03-094, 03-104, 03-105, 03-113, 03-116, 03-117, 03-118, 03-121, 03-126, 03-127, 03-128, 03-133, 03-141 03-142, 03-143, 03-144, 03-145, 03-150, and        03-155 in THE OUTBACK OF GLENWOOD SOUTHFORK PHASE R.V. CAMPING RESORT per plat thereof recorded 24 May, 1988 as Doc. #88-05052; being situated in Manlius Township, LaSalle County, Illinois.

PARCEL 9:

Lots 06-003, 06-008, 06-009, 06-010, 06-011, 06-014, 06-016, 06-017, 06-019, 06-020, 06-025, 06-028, 06-029, 06-030, 06-031, 06-032, 06-033, 06-034, 06-035, 06-036 and 06-037 in THE OUTBACK OF GLENWOOD DEERTRAIL PHASE I & II per plat thereof recorded 1 October, 1990 as Doc.#90-12336; being situated in Manlius Township, LaSalle County, Illinois.

PARCEL 10:

Lots 07-511, 07-514, 07-518, 07-520, 07-523, 07-525, 07-529, 07-531, 07-534, 07-538, and 07-557 in THE OUTBACK OF GLENWOOD NORTHFORK PHASE per plat thereof recorded 25 September, 1990 as Doc.#90-12101; being situated in Manlius Township, LaSalle County, Illinois.

PARCEL 11:

Lot Twenty-eight (28) and the South Half (S. ½) of Lot Fifteen (15) in the Assessor's Subdivision of Section Seven (7), Township Thirty-three (33) North, Range Five (5), East of the Thrid Principal Meridian (3rd P.M.), situated in Manlius Township, LaSalle County, Illinois.

PARCEL 12:

Easement reserved for the private non-exclusive use by Glenwood Properties Inc., and its guests or assigns over the lands dedicated for thoroughfares or streets as shown on the Plat of The Outback of Glenwood (Phase 1) - R.V. Camping Resort, or any subsequent Phase, according to the plats thereof recorded 28 August, 1987 as Doc. #87 09759, situated in Manlius Township, LaSalle County, Illinois.

ALL SITUATED IN LA SALLE County, ILLINOIS.

# Exhibit "B"

Rights to acquire per Settlement Agreement – litigation pending

**Legal Description of Hi-Tech House lot**
As previously recorded April 19, 1994 as documents # R94-06360 in the LaSalle County Recorder's office.

Part of the southeast quarter of section 18, Township 33 North, Range 5 East of the Third Principal Meridian, described as follows: Commencing at the intersection of the south line of Wallaby Way with the south line of Tasmanian Drive according to the plat of THE OUTBACK OF GLENWOOD THORNRIDGE PHASE R. V. CAMPING RESORT as recorded May 24, 1988 as document #88 -- 05053 in the LaSalle County Recorder's office; thence South 36° 30' 35" East 23.54 feet along the south line of Tasmanian Drive to the point of beginning; thence continue south 36° 30' 35" east 237.34 feet along the south line of Tasmanian Drive to a point on the West line of Koala Lane; thence South 40° 57' 45" west 53.81 feet along said west line; thence South 47° 20' 30" West 72.89 feet along said west line; thence North 36° 30' 35" west 125.75 feet parallel with the south line of Tasmanian Drive; thence North 7° 7' 55" east 181.12 feet to the point of beginning, containing 0.526 acres more or less, situated in the City of Marseilles, LaSalle County, Illinois.

PERMANENT INDEX NUMBER: 24-18-484-000

B6B (Official Form 6B) (12/07)

In re  **Glenwood Properties Inc.**                              ,        Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **checking (all accounts held by Management Company)** | - | **5,576.16** |
| | | **Credit card account at Harris Bank** | - | **301.99** |
| | | **Impress petty cash account** | - | **148.58** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Illinois Power** | - | **Unknown** |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >       **6,026.73**
(Total of this page)

___3___  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Glenwood Properties Inc.**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **From seasonal renters** | **-** | **Unknown** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Payments owing from Glenwood Resort Owners Assoc. pursuant to settlement agreement.** | **-** | **Unknown** |

Sub-Total >                **0.00**
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Glenwood Properties Inc.**                                ,    Case No. _____
                                                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Developers rights of glenwood** | - | **Unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **(4) trucks** | - | **7,500.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computers/copy machine** | - | **500.00** |
| | | **Misc. desks and chairs** | - | **250.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **restaurant cooking and serving equipment** | - | **12,000.00** |
| | | **4 Golf carts** | - | **1,000.00** |
| | | **Small Ford tractor** | - | **1,000.00** |
| | | **Dixie Chopper mower** | - | **4,000.00** |
| | | **Misc. tools and equipment** | - | **5,000.00** |
| 30. Inventory. | | **Misc RV units and store supplies** | - | **24,000.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >    **55,250.00**
(Total of this page)

Sheet  __2__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re   **Glenwood Properties Inc.**                                                   ,   Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **61,276.73** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Glenwood Properties Inc.**                                          ,   Case No. _____

                                    **Debtor**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bridgeview Bank Group**<br>**Commercial Loan Dept.**<br>**7940 S. Harlem**<br>**Bridgeview, IL 60455** | | - | **Assignment of Rents**<br><br>**Campground.**<br>**See Exhibit A attached**<br><br>Value $        4,258,000.00 | | | | 52,105.15 | 0.00 |
| Account No.<br><br>**Donald Schaffer**<br>**c/o CJBS LLC**<br>**2100 Saunders Road # 200**<br>**Northbrook, IL 60062** | | - | **First Mortgage**<br><br>**Southfork Lot 54**<br><br>Value $          18,000.00 | | | | 14,841.43 | 0.00 |
| Account No.<br><br>**Internal Revenue Service**<br>**District Director**<br>**230 S. Dearborn Street**<br>**Chicago, IL 60651** | | - | <br><br><br>Value $            Unknown | | | | Unknown | Unknown |
| Account No.<br><br>**Judy Goldman**<br>**3132 Spring Lake Drive**<br>**Rockford, IL 61114** | | - | **Mortgage**<br><br>**Campground.**<br>**See Exhibit A attached**<br><br>Value $        4,258,000.00 | | | | 1,027,098.00 | 0.00 |

__0__ continuation sheets attached

|  |  |  |
|---|---|---|
| Subtotal<br>(Total of this page) | 1,094,044.58 | 0.00 |
| Total<br>(Report on Summary of Schedules) | 1,094,044.58 | 0.00 |

B6E (Official Form 6E) (4/10)

.

In re    **Glenwood Properties Inc.**                                              ,    Case No. _____

_____
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Glenwood Properties Inc.**                                    ,    Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Director of Employment Security** <br> **33 S. State Street** <br> **Chicago, IL 60603** | - | | | | X | X | **Unknown** <br><br> **Unknown** | **Unknown** <br><br> **0.00** |
| Account No. <br><br> **Donald J Lamps** <br> **LaSalle County Treaurer** <br> **707 E Etna Road** <br> **Ottawa, IL 61350** | - | | real estate taxes | | | X | **Unknown** <br><br> **Unknown** | **Unknown** <br><br> **0.00** |
| Account No. <br><br> **Illinois Dept. Of Revenue** <br> **101 W Jefferson Street** <br> **Springfield, IL 62702** | - | | withholding taxes | | | | **Unknown** <br><br> **Unknown** | **Unknown** <br><br> **Unknown** |
| Account No. **xx-xxx5905** <br><br> **Internal Revenue Service** <br> **District Director** <br> **230 S. Dearborn Street** <br> **Chicago, IL 60651** | - | | 940 and 941 taxes | | | | **Unknown** <br><br> **Unknown** | **Unknown** <br><br> **Unknown** |
| Account No. <br><br> | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | **0.00** | |
|---|---|---|---|
| | | **0.00** | **0.00** |
| | Total | **0.00** | |
| | (Report on Summary of Schedules) | **0.00** | **0.00** |

B6F (Official Form 6F) (12/07)

In re   **Glenwood Properties Inc.**                                    ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | utility | | | | |
| **Ameren Illinois** **Credit and Collections** **2705 E State Route 54** **Pawnee, IL 62558** | - | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Armstrong & Surin** **714 Columbus Street** **Ottawa, IL 61350-5083** | - | | | | X | | **Unknown** |
| Account No. | | | Professional Fees | | | | |
| **Data Solutions Unlimited, Inc.** **2100 Saunders Road, Ste 200** **Northbrook, IL 60062-6141** | - | | | | | | **1,880.75** |
| Account No. | | | business debt | | | | |
| **David Goldman** **24675 N Gilmer Road** **Hawthorn Woods, IL 60047** | - | | | | | | **33,380.16** |
| | | | | | Subtotal (Total of this page) | | **35,260.91** |

__5__   continuation sheets attached

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                     S/N:37054-130109    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Glenwood Properties Inc.**                                                        ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | tax purchaser | | | | |
| Dean Johnson P.O. BOX 240 Sandwich, IL 60548 | - | | | | | | | **Unknown** |
| Account No. | | | | tax purchaser | | | | |
| Douglas Johnson PO Box 240 Sandwich, IL 60548 | - | | | | | | | **Unknown** |
| Account No. | | | | Professional Fees | | | | |
| Duane A. Berkland c/o Miskell Law Center 218 W. Madison Street Ottawa, IL 61350 | - | | | | | | | **4,396.25** |
| Account No. | | | | Subject to setoff. | | | | |
| Glenwood Resort Owners Association P.O. Box 293 Marseilles, IL 61341 | - | | | | X | X | X | **6,915.50** |
| Account No. | | | | Trade debt | | | | |
| Goldman & Associates 24675 N Gilmer Road, Suite 300 Hawthorn Woods, IL 60047 | - | | | | | | | **47,122.38** |

Sheet no. __1__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **58,434.13**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Glenwood Properties Inc.** _____ ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Goldman Management Co.**<br>**24675 N Gilmer Road**<br>**suite 300**<br>**Hawthorn Woods, IL 60047** | - | | | **business debt** | | | | 283,819.66 |
| Account No.<br><br>**Harold Gold**<br>**10265 Ulmerton Rd #232**<br>**Largo, FL 33771** | - | | | | | | | 425.00 |
| Account No.<br><br>**Joe Milburn**<br>**7366 N. Licoln Ave. #206**<br>**Lincolnwood, IL 60712-1739** | - | | | **Professional Fees** | | | | 63,097.31 |
| Account No.<br><br>**Judy Goldman**<br>**3132 spring Lake Drive**<br>**Rockford, IL 61114** | - | | | **unsecured note** | | | | 101,431.00 |
| Account No.<br><br>**LaSalle County Trustee**<br>**707 E. ETNA ROAD**<br>**Ottawa, IL 61350** | - | | | **tax purchaser** | | | | **Unknown** |

Sheet no. __2__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   |   448,772.97

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Glenwood Properties Inc._____,    Case No. _____
                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Leroy's Lawn Equipment Att Rick Deering 711 W Tek Dr Crystal Lake, IL 60014 | - | | | | | | | 285.00 |
| Account No. | | | | Professional Fees | | | | |
| Lowe & Steinmetz, Ltd 407 Galena Blvd P.O. Box 1625 Aurora, IL 60507 | - | | | | | | | 66,257.50 |
| Account No. | | | | Professional Fees | | | | |
| Marshall N Dickler Ltd. 85 W Algonquin Road Arlington Heights, IL 60005 | - | | | | | | X | 4,229.20 |
| Account No. | | | | | | | | |
| Mobile Print, Inc. Att Russ Peters 201 West Central Road Mount Prospect, IL 60056 | - | | | | | | | 225.00 |
| Account No. | | | | | | | | |
| Nicor Gas P.O. Box 416 Aurora, IL 60507 | - | | | | | | X | Unknown |

Sheet no. __3___ of __5___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

70,996.70

B6F (Official Form 6F) (12/07) - Cont.

In re **Glenwood Properties Inc.** ,                    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Norman Kwilosz 1013 Magnolia Street Marseilles, IL 61341 | - | | | | | | | | 195.00 |
| Account No. | | | | | tax purchaser | | | | |
| Realtax Developers PO Box 3021 Peoria, IL 61612 | - | | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Resort Membership Mkt. Co. 24675 Gilmer Road Hawthorn Woods, IL 60047 | - | | | | | X | X | | Unknown |
| Account No. | | | | | unsecured note | | | | |
| Schaffer Vietinghoff & Wallach PC 2100 Saunders Road, Ste 200 Northbrook, IL 60062-6141 | - | | | | | | | | 37,277.82 |
| Account No. | | | | | tax purchaser | | | | |
| Tax Lien Investments PO Box 240 Sandwich, IL 60548 | - | | | | | | | | Unknown |

Sheet no. __4__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              37,472.82

B6F (Official Form 6F) (12/07) - Cont.

In re  **Glenwood Properties Inc.**                                    ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| **Waste Management of IL** **P.O. Box 9001503** **Louisville, KY 40290** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __5__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **0.00**

Total
(Report on Summary of Schedules)          **650,937.53**

B6G (Official Form 6G) (12/07)

.

In re  **Glenwood Properties Inc.**                                          ,        Case No. _____
                                                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Glenwood Resort Owners Association**<br>**PO Box 293**<br>**Marseilles, IL 61314** | **Settlement agreement** |
| **Resort Membership Marketing Co.**<br>**24675 W. Gilmer Rd.**<br>**Hawthorn Woods, IL 60047** | **triple net lease for certain personal real and property** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

B6H (Official Form 6H) (12/07)

.

In re    **Glenwood Properties Inc.**                                                    ,    Case No. _____

                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Glenwood Properties Inc.**                                            Case No.
                                           Debtor(s)                 Chapter      **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**25**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **February  7, 2013**                          Signature   **/s/ David E. Goldman**
                                                                    **David E. Goldman**
                                                                    **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (12/12)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Glenwood Properties Inc.**                                                                    Case No.

                                                        Debtor(s)                    Chapter        **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$25,905.55** | **2013 YTD:** |
| **$246,891.00** | **2012:** |
| **$257,462.00** | **2011:** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

B 7 (12/12)

### 3. Payments to creditors

**None**
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None**
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

**None**
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None**
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **GROA  v Glenwood Properties 07 CH 228** | **enforcement of property rights** | **laSalle County (Ottawa, IL)** | **remanded for determination of damages due and owing to debtor defendant** |
| **GROA v Glenwood Properties Inc 08 L 48** | **Civil** | **LaSalle County (Ottawa, IL )** | **pending** |
| **GROA v Glenwood Properties, Inc. 10CH 335** | **to enforce settlement agreement** | **LaSalle County (Ottawa, IL)** | **pending** |
| **Lowe & Steinmetz, Ltd. v Glenwood Properties, Inc. 10 L 395** | **Contract** | **Circuit Court for the Sixteenth Judicial Circuit, Kane County, Illinois** | **Pending** |

**None**
☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B 7 (12/12)                                                                                                    3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Glenwood Properties, Inc.**<br>**24675 W Gilmer Road**<br>**Lake Zurich, IL 60047** | **2006/2008** | **certain real property $30,000** |

---

### 5. Repossessions, foreclosures and returns

None ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 6. Assignments and receiverships

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

### 7. Gifts

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

### 8. Losses

None ☐  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **miscellaneous theft and damage all aggregating less than $3000.00. No insurance claims made.** | | |

B 7 (12/12)                                                                                                          4

---

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **The Law Offices of Richard N Golding PC**<br>**500 N. Dearborn Street**<br>**Chicago, IL 60654** | **December 2012** | **$5,000.00** |

---

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

B 7 (12/12)                                                                                                  5

---

**14.  Property held for another person**

None
■    List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

---

**15.  Prior address of debtor**

None
■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                NAME USED                                DATES OF OCCUPANCY

---

**16. Spouses and Former Spouses**

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                              GOVERNMENTAL UNIT            NOTICE           LAW

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                              GOVERNMENTAL UNIT            NOTICE           LAW

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                    DOCKET NUMBER                    STATUS OR DISPOSITION

B 7 (12/12)                                                                                                    6

**18 . Nature, location and name of business**

None
■
   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

   *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

   *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■
   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

   The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

   *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
□
   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Clifton Rampaul**<br>**c/o Goldman Management**<br>**24675 W Gilmer Road**<br>**Lake Zurich, IL 60047** | **ongoing** |
| **David Goldman**<br>**c/o Goldman Management Co., Inc.**<br>**24675 W Gilmer Road**<br>**Lake Zurich, IL 60047** | |

None
□
   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **David Goldman** | **Goldman Management Co, Inc**<br>**24675 W Gilmer road**<br>**Lake Zurich, IL 60047** | **ongoing** |
| **Clifton Rampaul** | **c/o Goldman Management Co., Inc.**<br>**24675 W Gilmer Road**<br>**Lake Zurich, IL 60047** | **ongoing** |

B 7 (12/12)                                                                                                    7

None   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐      of the debtor. If any of the books of account and records are not available, explain.

NAME                                                    ADDRESS
**Goldman Managment Co, Inc**                           **24675 W Gilmer Road**
                                                        **Lake Zurich, IL 60047**

None   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐      issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                        DATE ISSUED
**Bridgeview Bank/Lincolnshire**                        **2008**
**Commercial Loan Dept.**
**7840 S. Harlem Avenue**
**Bridgeview, IL 60455**

**Twin Oaks Savings Bank**                              **2008**
**125 W Bluff Street**
**Marseilles, IL 61341**

**First Midwest Bank**                                  **2007**
**One Pierce Place, Ste 1500**
**Itasca, IL 60143-4169**

## 20. Inventories

None   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
☐      and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |
| **2007 inventory date not recorded** | **Lee Gold** | **+/- $5000.00** |
| **2008 invnetory date not recorded** | **Lee Gold** | **+/- $5000.00** |

None   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
☐

|  | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
| DATE OF INVENTORY | RECORDS |
| **2007 inventory date not recorded** | **Goldman Management Co., Inc** |
|  | **24675 W Gilmer Road** |
|  | **Lake Zurich, IL 60047** |
| **2008 invnetory date not recorded** | **Goldman Management Co., Inc.** |
|  | **24675 W Gimer Road** |
|  | **Lake Zurich, IL 60047** |

## 21 . Current Partners, Officers, Directors and Shareholders

None   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

NAME AND ADDRESS                   NATURE OF INTEREST              PERCENTAGE OF INTEREST

None   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐      controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |
| **David Goldman** | **President** | **sole shareholder and director** |
| **24675 W Gilmer Road** |  |  |
| **Lake Zurich, IL 60047** |  |  |

B 7 (12/12)                                                                                          8

---

**22 . Former partners, officers, directors and shareholders**

None
■     a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
      commencement of this case.

NAME                              ADDRESS                                    DATE OF WITHDRAWAL

None
■     b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
      immediately preceding the commencement of this case.

NAME AND ADDRESS                          TITLE                      DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■     If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
      in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
      commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                     DATE AND PURPOSE                   AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR            OF WITHDRAWAL                      OR DESCRIPTION AND
                                                                    VALUE OF PROPERTY

---

**24. Tax Consolidation Group.**

None
■     If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
      group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
      of the case.

NAME OF PARENT CORPORATION                        TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None
■     If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
      employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                              TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.

Date  **February  7, 2013**                    Signature    **/s/ David E. Goldman**
                                                            **David E. Goldman**
                                                            **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Glenwood Properties Inc.**                                          Case No. _____
                                                    Debtor(s)         Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept ...................................................    $              **10,000.00**

     Prior to the filing of this statement I have received ......................................    $               **2,500.00**

     Balance Due .........................................................................................    $               **7,500.00**

2.   The source of the compensation paid to me was:

     ■ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor        ☐ Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:    **February  7, 2013**                              **/s/ Richard N. Golding**
                                                            **Richard N. Golding 0992100**
                                                            **The Golding Law Offices, P.C.**
                                                            **500 North Dearborn Street**
                                                            **Second Floor**
                                                            **Chicago, IL 60610-4900**
                                                            **(312) 832-7885  Fax: (312) 755-5720**
                                                            **RGOLDING@GOLDINGLAW.NET**

---

# United States Bankruptcy Court

## Northern District of Illinois

In re   **Glenwood Properties Inc.** _____,   Case No. _____
                                    Debtor

                                                        Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **David Goldman**<br>**24675 W Gilmer Road**<br>**Lake Zurich, IL 60047** | | **all** | **sole shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**February  7, 2013**_____        Signature _**/s/ David E. Goldman**_____
                                                              **David E. Goldman**
                                                              **President**

_Penalty for making a false statement or concealing property_:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

__0__   continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Glenwood Properties Inc.**

Debtor(s)

Case No.

Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                              **36**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **February 7, 2013**

**/s/ David E. Goldman**

**David E. Goldman**/**President**
Signer/Title

Ameren Illinois
Credit and Collections
2705 E State Route 54
Pawnee, IL 62558


Armstrong & Surin
714 Columbus Street
Ottawa, IL 61350-5083


Bridgeview Bank Group
Commercial Loan Dept.
7940 S. Harlem
Bridgeview, IL 60455


Data Solutions Unlimited, Inc.
2100 Saunders Road, Ste 200
Northbrook, IL 60062-6141


David Goldman
24675 N Gilmer Road
Hawthorn Woods, IL 60047


Dean Johnson
P.O. BOX 240
Sandwich, IL 60548


Director of Employment Security
33 S. State Street
Chicago, IL 60603


Donald J Lamps
LaSalle County Treaurer
707 E Etna Road
Ottawa, IL 61350


Donald Schaffer
c/o CJBS LLC
2100 Saunders Road # 200
Northbrook, IL 60062


Douglas Johnson
PO Box 240
Sandwich, IL 60548

Duane A. Berkland
c/o Miskell Law Center
218 W. Madison Street
Ottawa, IL 61350


Glenwood Resort Owners Association
PO Box 293
Marseilles, IL 61314


Goldman & Associates
24675 N Gilmer Road, Suite 300
Hawthorn Woods, IL 60047


Goldman Management Co.
24675 N Gilmer Road
suite 300
Hawthorn Woods, IL 60047


Harold Gold
10265 Ulmerton Rd #232
Largo, FL 33771


Ill. Dept. of Employment Security
Collections Section
33 S State St 10th Flr
Chicago, IL 60603


Illinois Dept. Of Revenue
101 W Jefferson Street
Springfield, IL 62702


Internal Revenue Service
District Director
230 S. Dearborn Street
Chicago, IL 60651


Internal Revenue Service
District Counsel
200 W Adams St., Suite 2300
Chicago, IL 60606


James D. Newbold, Esq.
IAsst. Atty Gen'l Rev Lit Bureau
100 W Randolph Street, 13th FL
Chicago, IL 60601

Joe Milburn
7366 N. Licoln Ave. #206
Lincolnwood, IL 60712-1739


Joseph E Voiland
1625 Wing Road
Yorkville, IL 60560


Judy Goldman
3132 Spring Lake Drive
Rockford, IL 61114


LaSalle County Trustee
707 E. ETNA ROAD
Ottawa, IL 61350


Leroy's Lawn Equipment
Att Rick Deering
711 W Tek Dr
Crystal Lake, IL 60014


Lowe & Steinmetz, Ltd
407 Galena Blvd
P.O. Box 1625
Aurora, IL 60507


Marshall N Dickler Ltd.
85 W Algonquin Road
Arlington Heights, IL 60005


Mobile Print, Inc.
Att Russ Peters
201 West Central Road
Mount Prospect, IL 60056


Nicor Gas
P.O. Box 416
Aurora, IL 60507


Norman Kwilosz
1013 Magnolia Street
Marseilles, IL 61341

```
Realtax Developers
PO Box 3021
Peoria, IL 61612


Resort Membership Marketing Co.
24675 W. Gilmer Rd.
Hawthorn Woods, IL 60047


Resort Membership Mkt. Co.
24675 Gilmer Road
Hawthorn Woods, IL 60047


Schaffer Vietinghoff & Wallach PC
2100 Saunders Road, Ste 200
Northbrook, IL 60062-6141


Tax Lien Investments
PO Box 240
Sandwich, IL 60548


Waste Management of IL
P.O. Box 9001503
Louisville, KY 40290
```

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Glenwood Properties Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Glenwood Properties Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February  7, 2013**

Date

**/s/ Richard N. Golding**

**Richard N. Golding 0992100**

Signature of Attorney or Litigant

Counsel for   **Glenwood Properties Inc.**

**The Golding Law Offices, P.C.**

**500 North Dearborn Street**
**Second Floor**
**Chicago, IL 60610-4900**
**(312) 832-7885 Fax:(312) 755-5720**
**RGOLDING@GOLDINGLAW.NET**