IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 13-04732 |
| ) | Chapter 11 |
| GLENWOOD PROPERTIES, INC., ) | Honorable Pamela S. Hollis |
| ) | |
| ) | |
| Debtor. ) | |
| _____) | |

**FINAL JUDGMENT ENTRY REGARDING IRS
PROOF OF CLAIM (Claim No. 1-4)**

With respect to the contested matter that arises from the debtor's objection to the proof of claim filed by the Department of Treasury, Internal Revenue Service, the Court finds and holds, after notice and hearings, the following:

1. On February 7, 2013, the debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code. See Docket No. 1.

2. On February 19, 2013, the IRS filed a proof of claim (Claim No. 1-1), in accordance with 11 U.S.C. § 501 and Fed.R.Bankr.P. 3001, 3002, and 3003, against the debtor. On May 5, 2013, the IRS filed an amended Proof of Claim (Claim No. 1-2). On September 27, 2013, the IRS filed an amended Proof of Claim (Claim No. 1-3). On January 24, 2014, the IRS filed an amended Proof of Claim (Claim No. 1-4). The most recent proof of claim (Claim No. 1-4) amended and superseded the IRS's prior proofs of claim. The IRS Proof of Claim No. 1-4 includes a secured claim in the amount of $81,245.36, an unsecured priority claim (see 11 U.S.C. § 507(a)(B)) of $58,276.05, and a general unsecured claim of $33,878.35.

3. On August 20, 2013, the debtor objected to the IRS's proof of claim (Claim 1-2). See Docket No. 103. On December 3, 2013 and January 30, 2014, status hearings with respect to the debtor's objection were held. On November 8, 2013, the United States filed a response. See Docket No. 139. On January 30, 2014, the debtor withdrew its objection to the IRS's proof of claim (Claim 1-2). See Docket No. 163.

4. The United States' secured claim in the amount of $81,245.36 is allowed under 11 U.S.C. §§ 502 and 506(a) against the debtor in this bankruptcy case.

5. The United States' unsecured priority claim in the amount of $58,276.05 is allowed under 11 U.S.C. §§ 502 and 507(a)(8) against the debtor in this bankruptcy case.

6. The United States' general unsecured claim of $33,878.35 is allowed under 11 U.S.C. § 502 against the debtor in this bankruptcy case.

7. The claims of the United States arise under the Internal Revenue Code and this Court finds that Glenwood Properties, Inc., is indebted to the United States as follows:

   a. The United States holds claims against Glenwood Properties, Inc., for Form 941, Employer's Quarterly Tax Return, liabilities for the period ending December 31, 1999 in the amount of $6,238.79 for tax, plus $3,601.47 for penalties and $6,788.36 for interest, all as February 7, 2013.

   b. The United States holds claims against Glenwood Properties, Inc., for Form 941, Employer's Quarterly Tax Return, liabilities for the period ending March 31, 2000 in the amount of $2,745.17 for tax, plus $1,549.14 for penalties and $2,870.71 for interest, all as February 7, 2013.

   c. The United States holds claims against Glenwood Properties, Inc., for Form 941, Employer's Quarterly Tax Return, liabilities for the period ending June 30, 2000

in the amount of $4,009.03 for tax, plus $2,328.11 for penalties and $4,008.95 for interest, all as February 7, 2013.

d.  The United States holds claims against Glenwood Properties, Inc., for Form 941, Employer's Quarterly Tax Return, liabilities for the period ending June 30, 2001 in the amount of $3,539.67 for tax, plus $2,530.17 penalties and $2,958.21 for interest, all as February 7, 2013.

e.  The United States holds claims against Glenwood Properties, Inc., for Form 941, Employer's Quarterly Tax Return, liabilities for the period ending September 30, 2005 in the amount of $3,875.88 for tax, plus $2,348.24 for penalties and $1,776.37 for interest, all as February 7, 2013.

f.  The United States holds claims against Glenwood Properties, Inc., for Form 941, Employer's Quarterly Tax Return, liabilities for the period ending September 30, 2006 in the amount $143.25 for penalties and $56.67 for interest, all as February 7, 2013.

g.  The United States holds claims against Glenwood Properties, Inc., for Form 941, Employer's Quarterly Tax Return, liabilities the period ending December 31, 2007 in the amount of $1,740.42 for tax, plus $468.00 for penalties and $395.40 for interest, all as February 7, 2013.

h.  The United States holds claims against Glenwood Properties, Inc., for Form 941, Employer's Quarterly Tax Return, liabilities for the period ending March 31, 2008 in the amount of $1,944.43 for tax, plus $1,062.55 for penalties and $402.75 for interest.

i. The United States holds claims against Glenwood Properties, Inc., for Form 941, Employer's Quarterly Tax Return, liabilities for the period ending June 30, 2008 in the amount of $151.31 for tax, plus $79.01 for penalties and $28.75 for interest, all as February 7, 2013.

j. The United States holds claims against Glenwood Properties, Inc., for Form 941, Employer's Quarterly Tax Return, liabilities for the period ending September 30, 2008 in the amount of $2,039.28 for tax, plus $1,090.57 for penalties and $355.25 for interest, all as February 7, 2013.

k. The United States holds claims against Glenwood Properties, Inc., for Form 941, Employer's Quarterly Tax Return, liabilities for the period ending December 31, 2008 in the amount of $3,574.18 for tax, plus $2,447.57 for penalties and $563.27 for interest, all as February 7, 2013.

l. The United States holds claims against Glenwood Properties, Inc., for Form 940, Employer's Annual Federal Unemployment (FUTA) Tax Return, liabilities for the period ending December 31, 2008 in the amount of $288.02 for tax, plus $156.42 for penalties and $45.14 for interest, all as February 7, 2013.

m. The United States holds claims against Glenwood Properties, Inc., for Form 941, Employer's Quarterly Tax Return, liabilities for the period ending March 31, 2009 in the amount of $2,253.52 for tax, plus $1,158.75 for penalties and $325.68 for interest, all as February 7, 2013.

n. The United States holds claims against Glenwood Properties, Inc., for Form 941, Employer's Quarterly Tax Return, liabilities the period ending September 30,

2009 in the amount of $688.50 for penalties and $7.67 for interest, all as February 7, 2013.

o. The United States holds claims against Glenwood Properties, Inc., for Form 941, Employer's Quarterly Tax Return, liabilities for the period ending September 30, 2010 in the amount of $3,185.76 for tax, plus $1,267.87 for penalties and $247.51 for interest, all as February 7, 2013.

p. The United States holds claims against Glenwood Properties, Inc., for Form 941, Employer's Quarterly Tax Return, liabilities for the period ending September 30, 2011 in the amount of $2,634.87 for tax, plus $1,155.13 for penalties and $119.32 for interest, all as February 7, 2013.

q. The United States holds claims against Glenwood Properties, Inc., for Form 941, Employer's Quarterly Tax Return, liabilities for the period ending September 30, 1998 in the amount of $6,996.66 for tax, plus $14,709.68 for interest, plus penalties, all as February 7, 2013.

r. The United States holds claims Glenwood Properties, Inc., for Form 941, Employer's Quarterly Tax Return, liabilities for the period ending December 31, 1998 in the amount of $4,732.83 for tax, plus $5,955.23 for interest, plus penalties, all as February 7, 2013.

s. The United States holds claims against Glenwood Properties, Inc., for Form 941, Employer's Quarterly Tax Return, liabilities for the period ending March 31, 1999 in the amount of $275.78 for interest, plus penalties, all as February 7, 2013.

t. The United States holds claims against Glenwood Properties, Inc., for Form 941, Employer's Quarterly Tax Return, liabilities for the period ending June 30, 1999

11231411.1

in the amount of $3,722.86 for tax, plus $4,370.54 for interest, plus penalties, all as February 7, 2013.

u. The United States holds claims against Glenwood Properties, Inc., for Form 941, Employer's Quarterly Tax Return, liabilities for the period ending September 30, 1999 in the amount of $7,924.62 for tax, plus $8,959.42 for interest, plus penalties, all as February 7, 2013.

v. The United States holds claims against Glenwood Properties, Inc., Form 940, Employer's Annual Federal Unemployment (FUTA) Tax Return, liabilities for the period ending December 31, 2011 in the amount of $67.90 for tax, plus $2.10 for interest, plus penalties, all as February 7, 2013.

IT IS SO ORDERED, ADJUDGED, and DECREED.

Dated: **MAR 18 2014**

_____
UNITED STATES BANKRUPTCY JUDGE

Prepared by:

TERESA M. ABNEY
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044
Tel: 202-514-8048
Fax: 202-514-5238
Email: Teresa.M.Abney@usdoj.gov

11231411.1