IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | Chapter 11 |
|  | ) |  |
| GLENWOOD PROPERTIES, INC. | ) | Case No. 13-04732 |
|  | ) |  |
|  | ) | Honorable Pamela S. Hollis |
|  | ) |  |

**DEBTOR'S FINAL REPORT OF DEBTOR IN POSSESSION**

Now comes Glenwood Properties, Debtor herein, by and through David Goldman, the designated person, and files the Final report on behalf of the Chapter 11 Debtor.

**Received Funds on Hand and Turned Over to the Trustee**:

| Received From | Amount |
|---|---|
| Impress Account | $223.13 |
| 355 Account | $265.15 |
| Payroll Account | $1,775.31 |
| PNC Checking account | $20,808.20 |
| Credit Card Account | $12,463.33 [1] |
| TOTAL TURNED OVER | $35,535.12 |
|  | ======== |

**Additional Starting Balance Turned Over:**

| Received From: | Amount |
|---|---|
| Impress Account Service Charge | ($7.50) |
| 05/04/15 ACH Debit CCD | ($53.66) |
| To Payroll | ($2,776.98) |

---

[1] Adjustment to credit card account DEG    $134.85

1

Seasonal Rent                                    $1,000.00
    TOTAL Adjustment for Approved Post Activity          ($1,838.84)
                                                                            ==========

Remaining Funds turned over by Cashier's Check #64031302      $12,889.08

CR 06  Morell Seasonal Rent                                   $    495.00

CR 033 Albor Seasonal Rent – held shed move     check 203     $ 1,890.00

    TOTAL NET TURNED OVER 05/07/15                       $15,274.08
    TURN OVER FROM PNC Checking account                  $20,808.20
    TOTAL NET TURNED OVER                                $36,082.28
                                                              =========

**Accounts Receivable:**

Accounts Receivable from Renters 2015       $42,143.00[2]

Accounts Receivable GROA  (as of 2/28/15)  $1,051,927.18


Unpaid D.I.P. Invoices

MTCO                                         $421.18
P.O. Box 800
Metamora, IL 61548-0080

U.S. Trustee (Unpaid 1st Q Fee)              $650.00

PNC Bank c/o Cortz, Inc.
d/b/a In The Swim                            $528.82
7436 Solution Center
Chicago, IL 60677-7004

Fisher Auto Parts                            $371.54
P.O. Box 2246
Staunton, VA 24402-2246

City of Marseilles Water Department          unknown*

Grainco FS Equipment Fuel                    $620.18
3107 N State Route 23

---

[2] If all renters are collected through season

2

Ottawa, IL 61350

| | |
|---|---|
| Ameren IP (electric group bill) | $1,892.59* |
| Ameren IP (Individual bills) | $163.64* |
| Nicor Gas | $79.93* |
| Goldman Management Company<br>24675 N. Gilmer Road<br>Hawthorn Woods, IL 60047 | $93,821.05 |
| Resort Membership Marketing Co.<br>24675 Gilmer Road<br>Hawthorn Woods, IL 60047 | $9,500.00 |
| The Golding Law Offices PC<br>500 N. Dearborn St, 2nd FL<br>Chicago, IL 60654 | $43,353.00 (estimate) |
| Norman Hanfling<br>208 S. LaSalle Street<br>Suite 1400<br>Chicago, IL 60604-1000 | $35,000.00 (estimate) |
| Duane A. Berkland<br>c/o Miskell Law center<br>218 W. Madison Street<br>Ottawa, IL 61350-2819 | $6,000.00   (estimate) |
| Armstrong & Surin<br>714 Columbus Street<br>Ottawa, IL 61350-5533 | $11,600.00   (estimate) |
| Total | $204,001.93<br>============= |

**Remaining on Premises:**

| | |
|---|---|
| Cash on Hand | $200.00 |
| Remaining Segregated Funds<br>in cash from sale of SF 054<br>payment of real estate<br>taxes,  prorations | $2,000.00 |

3

\* Prepetition Creditors

I, David Goldman, acting as the designated person for the Debtor in Possession declare under penalty of perjury under the laws of the United States that I have read the foregoing and certify that the figures, statements, disbursements, itemizations, and account balances as listed, are true and correct to the best of my knowledge, as of the date of this report.

Dated: May 11, 2015

GLENWOOD PROPERTIES, INC.

By: _____

David Goldman. Designated Person

Richard N. Golding, Esq, (ARDC 0992100)
Jonathan D. Golding, Esq (ARDC 6299876)
THE GOLDING LAW OFFICES, P.C.
500 N. Dearborn Street, 2nd FL
Chicago, IL 60654
Tel. (312) 832 7885
Fax⊗312) 755-5720
email: rgolding#goldinglaw.net
    jgolding@goldinglaw.net