UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 13 B 4732 |
| | ) | |
| GLENWOOD PROPERTIES, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Pamela S. Hollis |

**ORDER ENTERING FINDINGS OF FACT AND CONCLUSIONS OF LAW
AWARDING TO FACTORLAW, ATTORNEYS FOR TRUSTEE, ALLOWANCE AND
PAYMENT OF FIRST INTERIM APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES** [EOD # 592]

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 138,262.50 | TOTAL COSTS REQUESTED: | $ 512.57 |
| TOTAL FEES REDUCED: | $ 2,520.00 | TOTAL COSTS REDUCED: | $ 0 |
| TOTAL FEES ALLOWED: | $ 135,742.50 | TOTAL COSTS ALLOWED: | $ 512.57 |

**TOTAL FEES AND COSTS ALLOWED:  $ 136,255.07**

THE COURT HAS ITALICIZED AND UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES WHICH HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION WHICH APPEARS NEXT TO EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

**(3)    Unreasonable Time**

The court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. In re Pettibone, 74 B.R. 293, 406 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project . . . . An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate." In re Wildman, 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

**(10)    Computational or Typographical Error**

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical

entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error.

IT IS SO ORDERED.

ENTERED:

Date:    APR 26 2018

PAMELA S. HOLLIS
United States Bankruptcy Judge

| Date | Prof. | Hours | Rate | Amount | Explanation |
|---|---|---|---|---|---|
| 4/28/2015 (-$35.00) 10 | ZZ | 2.70 | 350.00 | 945.00 | *Conference call with Trustee regarding open issues and plan of action (1.2); telephone call with Chicago Title regarding status of title reports (.2); draft open question list for documents from David Goldman (.3); telephone call to insurance company regarding copy of policy and related documents (.2); review various documents related to operations of business (.7).* |
| 4/28/2015 | WJF | 1.40 | 350.00 | 490.00 | Conference call with Ilene Goldstein, John Wheeler and Zane Zielinski to discuss open case issues and strategy |
| 5/1/2015 | WJF | 0.20 | 350.00 | 70.00 | Review Rent Roll for Glenwood property |
| 5/5/2015 | WJF | 0.10 | 350.00 | 35.00 | Email to John Wheeler; I. Goldstein; Zane Zielinski re: CT&T |
| 5/5/2015 | WJF | 0.10 | 350.00 | 35.00 | Email to Ilene F Goldstein re: status |
| 5/7/2015 | WJF | 0.10 | 350.00 | 35.00 | Email to John Wheeler re: status update |
| 5/11/2015 | WJF | 2.10 | 350.00 | 735.00 | Prepare motion to operate business |
| 5/11/2015 | WJF | 0.10 | 350.00 | 35.00 | Email to I. Goldstein; J. Wheeler re: RV Park operations |
| 5/13/2015 | SR | 0.40 | 100.00 | 40.00 | File motion to authorize trustee to operate the debtor's business through June 30, 2015 |
| 5/22/2015 | WJF | 0.20 | 350.00 | 70.00 | Phone call with I. Goldstein re: case issues |
| 6/10/2015 | WJF | 1.00 | 350.00 | 350.00 | Conference call with Trustee and other professionals to discuss case administration issues |
| 6/17/2015 | ZZ | 2.40 | 350.00 | 840.00 | Telephone call with the City of Marseilles regarding status of RV parking (.3); conference call with Trustee regarding status of the case (1.0); research tax law (.4); research executory contract issues (.4); telephone call with David Missner related to executory contract issues (.3); |
| 6/17/2015 | WJF | 1.00 | 350.00 | 350.00 | Conference call with I. Goldstein and J. Wheeler to discuss next steps in case. |
| 6/18/2015 | SR | 0.10 | 100.00 | 10.00 | File monthly operating reports. |
| 6/19/2015 | WJF | 0.10 | 350.00 | 35.00 | Emails to I. Goldstein and J. Wheeler regarding moving process forward |
| 6/22/2015 | ZZ | 0.50 | 350.00 | 175.00 | Conference call with Ilene Goldstein et al. regarding case administration |
| 6/22/2015 | WJF | 0.10 | 350.00 | 35.00 | Emails to I. Goldstein and other professionals regarding case administration |
| 6/22/2015 | WJF | 0.50 | 350.00 | 175.00 | Conference call with I. Goldstein and Zane Zielinski regarding case administration issues |
| 6/23/2015 | ZZ | 2.00 | 350.00 | 700.00 | Prepare response to gate issues (1.0); review issues and damages concerns from 6/22 storm on operating issues (1.0). |
| 6/24/2015 | WJF | 0.10 | 350.00 | 35.00 | Emails to/from I. Goldstein and J. Wheeler regarding case administration issues. |
| 6/24/2015 | WJF | 0.10 | 350.00 | 35.00 | Phone call to I. Goldstein regarding case administration issues |
| 6/26/2015 | WJF | 0.20 | 350.00 | 70.00 | Phone call to David Holtkamp to discuss and analyze claims from rejected contract |
| 6/29/2015 | WJF | 1.40 | 350.00 | 490.00 | Revise to motion to operate business |
| 7/7/2015 | WJF | 0.10 | 350.00 | 35.00 | Email to Ilene Goldstein and John Wheeler re: order authorizing trustee to operate business |
| 7/17/2015 | WJF | 0.50 | 350.00 | 175.00 | Telephone call with Robert Fishman and trustee to discuss objection to claim filed by Judy Goldman |
| 7/29/2015 | WJF | 0.80 | 350.00 | 280.00 | Prepare and file third Motion to Operate Business |
| 7/30/2015 | WJF | 0.20 | 350.00 | 70.00 | Review Stipulation Regarding FDIC Notice (.1) and call with Jeff Paulson regarding same (.1) |
| 10/20/2015 | ZZ | 1.00 | 350.00 | 350.00 | Prepare for and appear in court on motion to pay fees (1.0); conference with Stewart Kusper regarding status of state court litigation (.3). |
| 12/10/2015 | JKP | 0.40 | 250.00 | 100.00 | Attend continued hearing on R. Golding's application for compensation |
| 12/10/2015 | JKP | 0.10 | 250.00 | 25.00 | Prepare for hearing on fee application of debtor's attorney |

**EXHIBIT A-1**

**CASE ADMINISTRATION**

Page 1 of 2

| Date | Prof. | Hours | Rate | Amount | Explanation |
|---|---|---|---|---|---|
| 6/11/2015 | WJF | 1.60 | 350.00 | 560.00 | Attend hearing on motion to sell (1.0); discussions with counsel for parties in interest before and after hearing regarding respective positions (.4); follow-up emails re: same (.2) |
| 6/11/2015 | ZZ | 3.00 | 350.00 | 1050.00 | Prepare for and appear in court on sale motion (1.0); review title documents related to open issues on easements and related documents (2.0) |
| 6/12/2015 | WJF | 0.70 | 350.00 | 245.00 | Telephone call with Robert Fishman to discuss progress of trying to liquidate assets |
| 6/12/2015 | WJF | 0.40 | 350.00 | 140.00 | Follow-up conference call with trustee regarding sale of assets |
| 6/15/2015 | WJF | 0.40 | 350.00 | 140.00 | Telephone call with trustee Goldstein to discuss liquidation of property |
| 6/16/2015 | ZZ | 6.50 | 350.00 | 2275.00 | *Prepare for and appear in court on the sale motion*     3   (-$1,750.00) |
| 6/16/2015 | WJF | 0.50 | 350.00 | 175.00 | Attend hearing on status of sale motion |
| 6/17/2015 | WJF | 0.10 | 350.00 | 35.00 | Email to David Missner and Robert Fishman re: Developer Rights |
| 6/23/2015 | ZZ | 1.00 | 350.00 | 350.00 | Prepare for and appear in court on sale motion |
| 6/24/2015 | WJF | 0.90 | 350.00 | 315.00 | Telephone call with Z. Zielinski, Ilene Goldstein and John Wheeler regarding sale of property |
| 6/24/2015 | WJF | 0.20 | 350.00 | 70.00 | Telephone call with D. Missner regarding offer from Goldman |
| 6/24/2015 | WJF | 0.50 | 350.00 | 175.00 | Telephone call with Robert Fishman to discuss sale of property |
| 6/25/2015 | ZZ | 1.50 | 350.00 | 525.00 | Research sale of assets by trustee and standard of care |
| 6/25/2015 | WJF | 0.30 | 350.00 | 105.00 | Phone call from Bob Fishman to discuss sale of property and his client's objection to same |
| 6/26/2015 | WJF | 0.50 | 350.00 | 175.00 | Phone call to David Missner to discuss offer from Goldman |
| 6/26/2015 | WJF | 0.30 | 350.00 | 105.00 | Telephone call with Ilene Goldstein regarding motion to sell property |
| 6/26/2015 | WJF | 1.30 | 350.00 | 455.00 | Conference call with Ilene Goldstein and John Wheeler to discuss sale strategy |
| 6/26/2015 | WJF | 0.10 | 350.00 | 35.00 | Email to Alan Howarter re: GROA v. GPI |
| 6/26/2015 | ZZ | 2.90 | 350.00 | 1015.00 | Conference calls (x2) with Trustee related to scope of the sale and revisions to sale agreement (1.5); telephone call with David Lloyd related to LaSalle County's position on sale of real estate (.4); telephone call with Chicago Title related to issues on sale of real estate (.3); draft revision to sale motion (1.0) |
| 6/29/2015 | SR | 0.40 | 100.00 | 40.00 | Finalize and file Amended 363(b) Motion (.2); discuss same with Z. Zielinski (.1.) ; telephone conversation with Judge Hollis's deputy regarding same (.1). |
| 6/29/2015 | WJF | 0.90 | 350.00 | 315.00 | Telephone call with R. Fishman regarding motion to sell |
| 6/29/2015 | WJF | 2.20 | 350.00 | 770.00 | Revise sale motion |
| 6/30/2015 | ZZ | 3.50 | 350.00 | 1225.00 | Prepare for and appear in court on motion to set bidding procedures on substantially all of the Debtor's assets (2.0); conference with John Wheeler regarding issues going forward (1.5) |
| 7/2/2015 | ZZ | 3.00 | 350.00 | 1050.00 | Prepare Asset Purchase Agreement |
| 7/3/2015 | WJF | 0.90 | 350.00 | 315.00 | Prepare notice of sale of assets and procedures for sale |
| 7/3/2015 | ZZ | 3.30 | 350.00 | 1155.00 | *Draft asset purchase agreement (1.5); conference call with client (1.3); telephone call with David Missner regarding terms of sale (.3)*     10   (-$70.00) |
| 7/3/2015 | WJF | 1.40 | 350.00 | 490.00 | Prepare sale procedures for motion to sell |
| 7/6/2015 | ZZ | 2.20 | 350.00 | 770.00 | Revise asset purchase agreement (1.2), review service list (.2), review and prepare supplemental filing related to sale of assets (.5), review and revise notice to creditors (.3) |
| 7/6/2015 | WJF | 0.70 | 350.00 | 245.00 | Prepare evised Notice of Sale |
| 7/6/2015 | WJF | 0.80 | 350.00 | 280.00 | Revisions to sale procedures motion |
| 7/6/2015 | WJF | 0.10 | 350.00 | 35.00 | Email with I. Goldstein re: Sale Notice |
| 7/6/2015 | WJF | 0.10 | 350.00 | 35.00 | Email to Robert Fishman re: Sale Notice |
| 7/7/2015 | ZZ | 0.30 | 350.00 | 105.00 | Telephone call with Glenwood Resort regarding signed asset search purchase agreement and related issues |
| 7/7/2015 | WJF | 0.80 | 350.00 | 280.00 | Prepare notice of sale of debtor's assets |
| 7/7/2015 | WJF | 0.10 | 350.00 | 35.00 | Review Email with Zane Zielinski re: GRI's $25,000 |
| 7/8/2015 | ZZ | 0.50 | 350.00 | 175.00 | Review and revise details related to tribune sale ad. |
| 7/8/2015 | WJF | 0.20 | 350.00 | 70.00 | Review and revise Tombstone sale ad. |
| 7/8/2015 | WJF | 0.10 | 350.00 | 35.00 | Email to Adam Levin and Ilene Goldstein re: Auction Mart deadlines |

**EXHIBIT A-2**
**SALE OF DEBTOR'S ASSETS**

Page 2 of 7

| Date | Prof. | Hours | Rate | Amount | Explanation |
|---|---|---|---|---|---|
| 8/21/2015 | WJF | 0.40 | 350.00 | 140.00 | Revise asset purchase agreement and order |
| 8/21/2015 | WJF | 0.30 | 350.00 | 105.00 | Phone call from S. Kusper to discuss sale order and APA (.2); follow-up email with same re: same (.1) |
| 8/21/2015 | WJF | 0.10 | 350.00 | 35.00 | Email to Ilene Goldstein; 'John Wheeler'; Zane Zielinski re: Glenwood sale status |
| 8/23/2015 | WJF | 0.40 | 350.00 | 140.00 | Revisions to asset purchase agreement and order and circulate same |
| 8/23/2015 | WJF | 0.50 | 350.00 | 175.00 | Telephone call with attorney for buyer regarding sale documents |
| 8/24/2015 | WJF | 0.90 | 350.00 | 315.00 | Phone call with Stewart Kusper to discuss sale order and APA |
| 8/25/2015 | WJF | 1.00 | 350.00 | 350.00 | Attend court hearing on entry of sale order and advise court of need to continue same |
| 8/25/2015 | WJF | 0.70 | 350.00 | 245.00 | Telephone call with Ilene Goldstein regarding status of order and APA and issues related to getting agreement on same |
| 8/25/2015 | WJF | 0.30 | 350.00 | 105.00 | Telephone call with Stewart Kusper regarding sale order and APA language |
| 8/25/2015 | WJF | 3.10 | 350.00 | 1085.00 | Call with Trustee about sale issues (.3) and then call with same and D. Missner regarding same (.40); call to S. Kusper to discuss earlier call (.10); revisions to sale order, funding agreement and APA based on earlier calls and redline and circulate same (2.3) |
| 8/26/2015 | WJF | 0.20 | 350.00 | 70.00 | Telephone call with D. Missner regarding closing documents |
| 8/26/2015 | WJF | 0.20 | 350.00 | 70.00 | Telephone call with Ilene Goldstein regarding various issues related to closing of transaction |
| 8/26/2015 | WJF | 2.20 | 350.00 | 770.00 | Multiple revisions to APA and sale order and estate funding agreement; create redline of same; various emails regarding same |
| 8/27/2015 | WJF | 0.40 | 350.00 | 140.00 | telephone call with Ilene Goldstein regarding entry of sale order |
| 8/27/2015 | WJF | 3.20 | 350.00 | 1120.00 | Prepare documents for hearing on entry of order authorizing sale (1.7); attend hearing on motion to approve sale of assets (1.20); telephone call with I. Goldstein regarding same (.30) |
| 8/31/2015 | WJF | 0.80 | 350.00 | 280.00 | Phone call with Ilene Goldstein and John Wheeler to discuss closing issues |
| 8/31/2015 | ZZ 10 (-$385.00) | 3.00 | 350.00 | 1050.00 | *Review title reports (.8); communicate (x3) with Chicago Title Examiner Robert Kamper related to the case (.5); draft status memo to the client on outstanding details for the closing (.4); request documentation form LaSalle County related to sale process (.2)* |
| 9/3/2015 | WJF | 0.10 | 350.00 | 35.00 | Email to Zane Zielinski; Ilene Goldstein; John Wheeler re: Glenwood Closing Update |
| 9/4/2015 | ZZ | 1.80 | 350.00 | 630.00 | Review wire confirmation documents (.2); review updated real estate documents related to transfer of real estate (1.2); prepare bill of sale (.4). |
| 9/23/2015 | ZZ | 2.50 | 350.00 | 875.00 | Review and revise legal description and exceptions to title report |
| 9/25/2015 | ZZ | 3.00 | 350.00 | 1050.00 | Review and revise various closing documents, including deed, transfer forms (2.5); prepare direction letter to title company related to closing of sale (.3); prepare status memo to client (.2). |
| 9/28/2015 | ZZ | 1.50 | 350.00 | 525.00 | Review and revise disbursement calculations (1.0); review new legal description (.3); draft direction letter to buyer (.2). |
| 9/28/2015 | ZZ | 0.30 | 350.00 | 105.00 | Review and revise legal description |
| 10/1/2015 | ZZ | 2.00 | 350.00 | 700.00 | Prepare additional closing documents and disbursement chart |
| 10/5/2015 | ZZ | 2.50 | 350.00 | 875.00 | Review closing statement (.6); prepare disbursement allocations (1.1); telephone call with Glenwood resort, Inc. regarding final funding requirements (.3); prepare updated exemption to title report (.5) |
| 10/5/2015 | ZZ | 2.50 | 350.00 | 875.00 | Review closing statement (.6); prepare allocations report (1.1); telephone call with buyer's attorney regarding closing statement revisions (.3); prepare title exemptions report (.5) |
| 10/6/2015 | WJF | 0.10 | 350.00 | 35.00 | Email with John Guzzardo re: clarification on closing issue |

**EXHIBIT A-2**
**SALE OF DEBTOR'S ASSETS**

Page 6 of 7

| Date | Prof. | Hours | Rate | Amount | Explanation |
|---|---|---|---|---|---|
| 4/28/2015 | WJF | 1.00 | 350.00 | $350.00 | Attend hearing on application to employ FactorLaw |
| 5/2/2016 | JL | 0.70 | 250.00 | 175.00 | Draft motion to correct docket |
| 5/5/2016 | JL | 0.20 | 250.00 | 50.00 | Write letter to court clerk asking for correct order to be entered for DSI & John Wheeler |
| 5/11/2015 | WJF | 0.90 | 350.00 | 315.00 | Prepare motion to employ DSI |
| 5/13/2015 | SR | 0.20 | 100.00 | 20.00 | Prepare and file appearance for Z. Zielinski. |
| 5/13/2015 | ZZ | 1.00 | 350.00 | 350.00 | Review and revise motion to retain |
| 5/14/2015 | ZZ  10 | 0.80 | 350.00 | 280.00 | *Review and revise DSI agreement (.5); revise employment motion (.3).* |
| 5/14/2015 | ZZ (-$280.00) | 0.80 | 350.00 | 280.00 | *Review and revise DSI agreement (.5); revise employment motion (.3).* |
| 5/19/2015 | SR | 0.20 | 100.00 | 20.00 | Draft appearances for W. Factor and Z. Zielinski in Goldman v. Glenwood Resort Owners' Association appeal. |
| 11/6/2015 | WJF | 0.10 | 350.00 | 35.00 | Email to I. Goldstein re: GPI Signed accountant affidavit |
| 11/9/2015 | WJF | 0.20 | 350.00 | 70.00 | Work on motion to retain Kusper |
| 11/10/2015 | WJF | 0.10 | 350.00 | 35.00 | Email to Stewart Kusper re: retention documents |
| 11/10/2015 | WJF | 0.50 | 350.00 | 175.00 | Revise motion to retain Kusper to represent trustee |
| 11/16/2015 | WJF | 0.10 | 350.00 | 35.00 | Review Kusper declaration |
| 11/17/2015 | WJF | 0.10 | 350.00 | 35.00 | Email to Stewart Kusper re: declaration and application to retain Kusper |
| 11/17/2015 | WJF | 1.70 | 350.00 | 595.00 | Finalize Motion to Retain Kusper and file same. |
| 12/8/2015 | JKP | 0.40 | 250.00 | 100.00 | Prepare for hearing on application to employ special counsel and motion to enter into estate funding agreement |
| 12/8/2015 | JKP | 0.50 | 250.00 | 125.00 | Attend hearing on motion to approve estate funding agreement and motion to retain special counsel |
| 12/28/2015 | WJF | 0.80 | 350.00 | 280.00 | Prepare motion to retain accountant |
| 12/29/2015 | WJF | 0.30 | 350.00 | 105.00 | Telephone call with I. Goldstein regarding accountant motion and discovery issues |
| 12/29/2015 | WJF | 0.50 | 350.00 | 175.00 | Finalize and file motion to retain accountant |
| 1/5/2016 | WJF | 0.50 | 375.00 | 187.50 | Attend hearing on motion to retain account |
| 8/9/2016 | JL | 0.30 | 250.00 | 75.00 | Finalize and file Wheeler/DSI fee application |
| 9/6/2016 | JL | 0.80 | 250.00 | 200.00 | Prepare for court, attend court on Wheeler application for fees |
| 3/15/2017 | WJF | 0.20 | 375.00 | 75.00 | Work on draft of letter to S. Kusper |
| 3/20/2017 | WJF | 0.20 | 375.00 | 75.00 | Finalize and send letter to Stuart Kusper |
| 5/16/2017 | WJF | 0.40 | 375.00 | 150.00 | Telephone call with Norman Hanfling regarding retention of new counsel for state court litigation |
| 5/17/2017 | WJF | 0.50 | 375.00 | 187.50 | Telephone call with Ilene Goldstein regarding retention of counsel and then call with trustee and potential counsel |
| 5/17/2017 | WJF | 0.10 | 375.00 | 37.50 | Review email from David Goldman regarding retention of counsel |
| 5/17/2017 | WJF | 0.90 | 375.00 | 337.50 | Phone calls (x2) with Ilene Goldstein re: new counsel |
| 5/17/2017 | WJF | 0.30 | 375.00 | 112.50 | Phone calls (x2) with Randy Gordon re representation of trustee |
| 5/18/2017 | WJF | 0.30 | 375.00 | 112.50 | Begin preparing motion to retain attorney |
| 5/18/2017 | WJF | 0.10 | 375.00 | 37.50 | Email with Ilene Goldstein re: retention of new counsel |
| 5/19/2017 | WJF | 0.20 | 375.00 | 75.00 | Work on declaration R. Gordon |
| 5/19/2017 | WJF | 0.10 | 375.00 | 37.50 | Emails with Randy Gordon re: declaration for retention application |
| 5/23/2017 | WJF | 0.60 | 375.00 | 225.00 | Phone call to Ilene Goldstein, regarding motion to retain new counsel |
| 5/24/2017 | WJF | 0.20 | 375.00 | 75.00 | Work on motion to retain new special counse |
| 5/24/2017 | WJF | 0.40 | 375.00 | 150.00 | Work on retention agreement Randy Gordon |
| 5/24/2017 | WJF | 2.00 | 375.00 | 750.00 | Work on motion to retain special counsel (1.5); finalize and file same (.50) |
| 5/24/2017 | WJF | 0.10 | 375.00 | 37.50 | Email to Randy Gordon re: supporting declaration |
| 5/25/2017 | WJF | 0.10 | 375.00 | 37.50 | Emails with Ilene Goldstein re: Motion to Retain Gordon (Thread 4) |
| 6/1/2017 | JL | 0.80 | 250.00 | 200.00 | Attend court on application to employ special counsel. |

**EXHIBIT A-3**
**PROFESSIONALS**

Page 1 of 2